

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00338-CV

_____

BILLY THOMAS AND PAISANO READY MIX, INC., Appellants

V.

ALICE REESE, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-272720-14

Before Sudderth, C.J.; Gabriel and Womack, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

We have considered "Appellant's Agreed Motion to Effectuate Settlement," in which appellants request that we vacate the trial court's September 26, 2018 judgment and dismiss this appeal in accordance with the parties' settlement agreement. Tex. R. App. P. 42.1(a)(2)(A). Rule 42.1(a)(2)(A), however, does not allow this court to both vacate the trial court's judgment and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), (B); *see also Cunningham v. Cunningham*, No. 02-08-00362-CV, 2008 WL 5479677, at *1 n.2 (Tex. App.—Fort Worth Oct. 30, 2008, no pet.) (mem. op.). Furthermore, neither party to this appeal has filed a copy of the parties' settlement agreement in this court. It is therefore the court's opinion that the motion should be granted in part and denied in part. *See* Tex. R. App. P. 42.1(a)(2), 43.2(d).

Accordingly, without regard to the merits, we set aside the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B), 43.2(d); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W.2d 387, 388 (Tex. 1995).

/s/ Dana Womack
Dana Womack
Justice

Delivered: February 28, 2019

2